USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 16 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                         17-cr-599 (LAK)

AVINOAM LUZON,

                Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court finds no clear error of fact and no error of law in the thoughtful report and recommendation of Magistrate Judge Sarah L. Cave [DI-89]. The defendant is ordered to pay $61,584.18 in restitution in the manner described, and for the reasons stated, in the report and recommendation. His objections thereto [DI-90] are overruled.

        SO ORDERED.

Dated:    December 16, 2019

                                                                     Lewis A. Kaplan
                                                                     United States District Judge