UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

-against-                                                    17-cr-0599 (LAK)

AVINOAM LUZON,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The government shall respond to the defendant's motion for compassionate relief on or before April 10, 2021. Any reply shall be filed no later than April 17, 2021.

      SO ORDERED.

Dated:      March 15, 2021

                                                  Lewis A. Kaplan
                                        United States District Judge